**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VIZCAINO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AREAS USA, INC., a corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-0417-JFW-PJW<br><br>**JUDGMENT**<br><br>Courtroom: 16<br>Judge: Hon. John F. Walter<br><br>Action Filed: Jan. 13, 2015<br>Action Removed: Jan. 21, 2015<br>Trial Date: Not Set |

On April 17, 2015, the Court issued an Order at ECF Dkt. No. 30 granting in whole the Motion to Dismiss Plaintiff Alejandro Vizcaino's ("Plaintiff") First Amended Complaint filed by Defendant Areas USA, Inc. ("Defendant"). For the reasons set forth in that Order, Plaintiffs' First Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND** and the action is **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered for Defendant and against Plaintiffs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and that Defendant shall recover from Plaintiff costs in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 *et seq.*

**IT IS SO ORDERED**.

DATED: April 27, 2015

_____
Hon. John F. Walter
United States District Court Judge